IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNEEK VIRGINIA LOWE, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv117 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| HAMILTON COUNTY DEPARTMENT : | |
| of JOB & FAMILY SERVICES, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on September 28, 2007(Doc. 84), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 18, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, it is respectfully **ORDERED** that Defendants' motion to dismiss and/or for summary judgment (Doc. 48) is **DENIED** as moot.  The more recent motion to dismiss (Doc. 77) remains pending.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Susan J. Dlott
    United States District Judge