IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNEEK LOWE, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:05cv117 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| HAMILTON COUNTY DEPARTMENT of : | |
| JOB AND FAMILY SERVICES, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on February 29, 2008 (Doc. 86), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 20, 2008, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's request to amend the complaint to properly name the Hamilton County and The Board of County Commissioners as Defendants is **GRANTED.**

Defendants' Motion to Dismiss the Hamilton County Department of Jobs and Family Services as a party (Doc. 77) is **GRANTED.**

IT IS SO ORDERED.

   s/Susan J. Dlott          
Susan J. Dlott
United States District Judge