IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNEEK LOWE, :
:
    Plaintiff(s), :
: Case Number: 1:05cv117
vs. :
: Chief Judge Susan J. Dlott
HAMILTON COUNTY JOB & FAMILY :
SERVICES, et. al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 19, 2009 a Report and Recommendation (Doc. 106). Subsequently, the defendants filed objections to such Report and Recommendation (Doc. 112).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, defendant's motion to dismiss/motion for summary judgment is **GRANTED** as to Counts II, VI, VI [*sic/*second], VII [*sic/*second], IIX [*sic/*second] (i.e., racial discrimination, age discrimination, Section 1983, and Section 1981) and is further granted as to

precluding punitive damages; and the motion is **DENIED** as to Counts I, III, IV, V and VII (i.e., disability discrimination and retaliation) and is further denied as to precluding claims for lost pay damages.

IT IS SO ORDERED.

                                                        ___s/Susan J. Dlott_____
                                                        Chief Judge Susan J. Dlott
                                                        United States District Court