IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNEEK VIRGINIA LOWE, | : |
| Plaintiff | : |
| vs. | : Case Number: 1:05-cv-117 |
| | : Judge Timothy S. Black |
| | : Magistrate Judge Karen L. Litkovitz |
| HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES, *et al.* | : |
| Defendants | : |

## CONDITIONAL ORDER OF DISMISSAL

This matter having been resolved in the Court's presence on July 23, 2012;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 14 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Timothy S. Black
United States District Judge